# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| DELAWARE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DAXTON LANG, as Power of Attorney for ERNEST EDWARD LANG, an individual; ERNEST EDWARD LANG, an individual; and EVELYN J. BIEBER, an individual,<br><br>Defendants. | Case No. 2:22-cv-00952-TLF<br><br>ORDER |

This matter comes before the Court on the parties' notice of settlement and stipulation of dismissal. Dkt. 18.

The parties inform the Court that the parties have reached a settlement in this action and it appears that no issues remain for the Court's determination. Dkt. 18.

ORDER GRANTING JOINT STIPULATION
OF DISMISSAL WITH PREJUDICE - 1
Case No. 2:22-cv-00952-TLF

Based on the notice of settlement, the Court ORDERS:

(1) This case is DISMISSED with prejudice and without costs.

(2) The Clerk is directed to send a copy of this Order to all parties in this action.

Dated this 18th day of October, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING JOINT STIPULATION
OF DISMISSAL WITH PREJUDICE - 2
Case No. 2:22-cv-00952-TLF